No. 95–5417.  LaRETTE *v.* BOWERSOX, SUPERINTENDENT, PO-
TOSI CORRECTIONAL CENTER, *ante,* p. 894.  Petition for rehear-
ing denied.

NOVEMBER 27, 1995

No. 94–9473.  DAUGHTRY *v.* UNITED STATES.  C. A. 4th Cir.
Motion of petitioner for leave to proceed *in forma pauperis*
granted.  Certiorari granted, judgment vacated, and case re-
manded for further consideration in light of *United States* v.
*Gaudin,* 515 U. S. 506 (1995).

No. 95–447.  NATIONAL UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA. *v.* AMERICAN MEDICAL INTERNATIONAL, INC.
C. A. 9th Cir.  Certiorari granted, judgment vacated, and case
remanded for further consideration in light of *Waller* v. *Truck
Ins. Exchange, Inc.,* 11 Cal. 4th 1, 900 P. 2d 619 (1995).

No. 95–5545.  GATEWOOD *v.* UNITED STATES.  C. A. 6th Cir.
Motion of petitioner for leave to proceed *in forma pauperis*
granted.  Certiorari granted, judgment vacated, and case re-
manded for further consideration in light of *United States* v.
*Gaudin,* 515 U. S. 506 (1995).

No. A–250.  WEST *v.* HANRAHAN.  App. Ct. Ill., 1st Dist.  Ap-
plication for stay, addressed to JUSTICE O'CONNOR and referred
to the Court, denied.

No. A–401 (95–6494).  HART *v.* HART.  Ct. App. Cal., 2d App.
Dist.  Application for stay, addressed to JUSTICE GINSBURG and
referred to the Court, denied.

No. D–1588.  IN RE DISBARMENT OF JACKSON.  Disbarment
entered.  [For earlier order herein, see 515 U. S. 1185.]

No. D–1590.  IN RE DISBARMENT OF SMITH.  Disbarment en-
tered.  [For earlier order herein, see *ante,* p. 804.]